UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TYLER KUNZ and ) | |
| SYDNEY HICKMAN, ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:22-CV-00321-DRL-MGG |
| v. ) | |
| ) | |
| FOREST RIVER, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Tyler Kunz and Sydney Hickman, and Defendant, Forest River, Inc., by their respective counsel and under Federal Rule of Civil Procedure 41(a)(1)(A), stipulate to a dismissal, with prejudice, of all claims made in this action against Forest River, Inc., with each party to bear their own fees and costs.

Respectfully Submitted,

Date: September 1, 2023

| | |
|---|---|
| /s/Sara Douglass | /s/ Abaigeal F. Musser |
| Sara Douglass | Abaigeal F. Musser |
| Counsel for Plaintiffs | Counsel for Forest River, Inc. |
| Lemon Law Group Partners, PLC | Taft Stettinius & Hollister, LLP |
| 48 East Emerson Ave | One Indiana Square, Suite 3500 |
| Greenwood, Indiana 46143 | Indianapolis, IN 46204 |
| P:   (337) 371-0375 | P:   (317)-713-3500 |
| E:   sarab@lemonlawgrouppartners.com | E:   amusser@taftlaw.com |